**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Terry E. NORRIS, a.k.a. T, Defendant-Appellant.**

**No. 17-12666**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(January 16, 2018)

David Charles Waterman, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Ryan Thomas Truskoski, Ryan Thomas Truskoski, PA, Orlando, FL, for Defendant-Appellant

Before MARCUS, JULIE CARNES and HULL, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence-appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error); *United States v. Rubbo*, 396 F.3d 1330, 1334 (11th Cir. 2005) (plea agreements are like contracts and should be interpreted in accord with what the parties intended).